UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>HAROLD MCKINNEY,<br><br>                       Defendant. | 23 Mag. 06310<br><br>ORDER |

JENNIFER H. REARDEN, District Judge, Part I:

      On September 6, 2023, Defendant Harold McKinney was presented before Magistrate Judge Figueredo.  Mr. McKinney was ordered released on a $350,000 personal recognizance bond subject to certain conditions, with a 24-hour stay of that order imposed.  *See* ECF No. 2.  The Government appeals the bail decision.

      A bail appeal hearing will be held on **September 8, 2023** at **9:15 a.m.** in Courtroom 12B, 500 Pearl Street, New York, NY 10007.  Any submissions in support of the parties' respective positions shall be filed via letter by **September 7, 2023** at **7:00 p.m.**

      The Court hereby extends the stay of Judge Figueredo's decision pending disposition of the bail appeal hearing.  In the meantime, the Government shall continue the process of evaluating the prospective co-signers for Mr. McKinney's bond (if it has not already finished doing so), so that he can be released immediately if this Court affirms Judge Figueredo's determination.

      SO ORDERED.

Dated: September 7, 2023
       New York, New York

                                                          JENNIFER H. REARDEN
                                                          United States District Judge, Part I