UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

HAROLD MCKINNEY,

Defendant.

23 Mag. 06310

ORDER

JENNIFER H. REARDEN, District Judge, Part I:

For the reasons stated on the record today, the Magistrate Court's September 6, 2023

order granting bail is reversed.  Defendant will remain detained pending trial.

SO ORDERED.

Dated:  September 8, 2023
        New York, New York

_____
JENNIFER H. REARDEN
United States District Judge, Part I